■ BENNEL CO., INC., Respondent, v. IRVING J. FASTEAU et al., Appellants, and EGIL DESIGNS, INC., et al., Respondents, et al., Defendant.— In an action to foreclose a mechanic's lien, the appeal is from an order denying appellants' motion to dismiss the amended complaint, to dismiss the cross complaints served by certain of the defendants-respondents, and to cancel and discharge mechanic's liens and notices of pendency of action. Order affirmed, with one bill of $10 costs and disbursements to the respondents who filed the brief. No

opinion. Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.